

United States Courts
Southern District of Texas
FILED

APR 14 2025

Nathan Ochsner, Clerk of Court

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS (HOUSTON)**

Veronica Mckelvin Smith,
   *Plaintiff*

v

Texas Capital Loans, LLC
A Delaware Limited Liability Texas Capitol Loans LLC,
   *Defendant*

Case No.:

**4:24-cv-02757**

# NOTICE OF FILING
# BANKRUPTCY DISCHARGE ORDER

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff Veronica Mckelvin Smith hereby submits this Notice of Filing to inform the Court and all parties of record of a federal bankruptcy discharge order entered in her Chapter 7 case, which is material to the claims in the above-captioned action.

## BACKGROUND

1. On June 11, 2024, the United States Bankruptcy Court entered a **Judgment of Discharge** in Plaintiff's Chapter 7 bankruptcy case.
2. Among the discharged parties was **Texas Capital Loans, LLC, a Delaware limited liability company**, who was listed as a creditor in the bankruptcy petition.
3. The discharge operates as a permanent injunction under **11 U.S.C. § 524(a)**, prohibiting any post-discharge collection actions or enforcement attempts related to the discharged debt.
4. Despite this discharge, Defendant(s) have continued to pursue enforcement actions, including seeking an **"In Rem"** Order and participating in post-discharge proceedings against the Plaintiff, which form the basis of the present FDCPA claims.

## FILING OF BANKRUPTCY DISCHARGE ORDER

Plaintiff respectfully submits the attached **Exhibit A**, a true and correct copy of the **Bankruptcy Discharge Order** entered on **June 11, 2024**, in support of her claims and motions filed in this matter.

Plaintiff reserves all rights to further amend or supplement her filings in accordance with this evidence.

Respectfully submitted,

By: /s/ Veronica Mckelvin Smith

**Veronica Mckelvin Smith**
Sui juris
10723 Cypresswood Dr.
Houston, TX 77070
346-668-8191
Vmckelvin10@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on **April 11, 2025**, a true and correct copy of the foregoing Notice of Filing Bankruptcy Discharge Order and Exhibit A was served via email upon:

- **Texas Capital Loans Trust**, by and through its trustee
- **R. Gary Laws**, Trustee and sole member of Texas Capital Loans, LLC

**Note:** Because no separate mailing address is listed for Texas Capital Loans Trust or R. Gary Laws, Trustee, service is being made through affiliated counsel of record, Mr. Preston T. Towber, who is also identified as representing Texas Capital Loans, LLC and related entities.

**Preston T. Towber**
The Towber Law Firm PLLC
1111 Heights Blvd.
Houston, Texas 77008
Tel: (832) 485-3555
preston@towberlaw.com
**ATTORNEY FOR** Texas Capital Loans, LLC,
a Delaware Limited Liability Company

By: /s/ Veronica Mckelvin Smith

**Veronica Mckelvin Smith**
Sui juris
10723 Cypresswood Dr.
Houston, TX 77070
346-668-8191
Vmckelvin10@gmail.com

# EXHIBIT A

## ORDER OF DISCHARGE

IT IS ORDERED:

A discharge under 11 U.S.C. § 727 is granted to:

Veronica Mckelvin Smith
Debtor

The court has found that the debtor is entitled to a discharge. The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For more information, creditors may refer to 11 U.S.C. § 524(a).

## DISCHARGED CREDITOR

The following creditor(s) were listed in the bankruptcy petition and are subject to this discharge:

- Texas Capital Loans, LLC, a Delaware limited liability company

This discharge includes all debts owed to the above-named creditor, unless specifically excluded by the Bankruptcy Code.

Date of Discharge Entry: June 11, 2024

Entered By: United States Bankruptcy Court Clerk

This Exhibit is submitted in support of Plaintiff's filings in the U.S. District Court case no. 4:24-cv-2757, asserting violations of the discharge injunction under 11 U.S.C. § 524 and the Fair Debt Collection Practices Act.

United States Bankruptcy Court
Southern District of Texas

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Veronica McKelvin |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name |

Social Security number or ITIN  xxx–xx–6155
EIN  __-_____

Social Security number or ITIN  ____
EIN  __-_____

United States Bankruptcy Court  Southern District of Texas

Case number: 24–30523

**ENTERED**
June 11, 2024
Nathan Ochsner, Clerk

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Veronica McKelvin

6/11/24

**By the court:** Eduardo V Rodriguez
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

TRUE COPY I CERTIFY ATTEST:
NATHAN OCHSNER, Clerk of Court
By _____
Deputy Clerk

Official Form 318   Order of Discharge   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318           **Order of Discharge**           page 2

United States Bankruptcy Court
Southern District of Texas

In re:  
Veronica McKelvin  
Debtor

Case No. 24-30523-evr  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0541-4  
Date Rcvd: Jun 11, 2024  

User: ADIuser  
Form ID: 318  

Page 1 of 2  
Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Texas Capital Loans, LLC, c/o Towber Law Firm PLLC, 1111 Heights Blvd, Houston, TX 77008-6915 |
| 12633817 | + | Affinity Credit Union, 73 Mountainview, Basking Ridge, NJ 07920-2332 |
| 12633827 | + | Flagship Power, PO BOX 13326, Austin, TX 78711-3326 |
| 12633820 | + | Nordstrom Rack, 1617 6th Ave, Seattle, WA 98101-1707 |
| 12633824 | + | Texas Capital Loans, LLC A Delaware Limited Libili, 6101 Southwest Fwy, Ste 400, Houston, TX 77057-7317 |
| 12633825 | | United States Dept of Education NellNet, P.O. Box 2837, Portland, OR 97208-2837 |
| 12633823 | + | Xfinity Cable, P.O. Box 2399, Warminster, PA 18974-0040 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jun 12 2024 00:01:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 12633821 | + | EDI: ATTWIREBK.COM | Jun 12 2024 00:01:00 | AT&T Bankruptcy Center, 2270 Lakeside Blvd., 7th Floor, Richardson, TX 75082-4304 |
| 12633816 | + | EDI: CAPITALONE.COM | Jun 12 2024 00:01:00 | Capital One Credit Card, P.O. Box 30285, Salt Lake, UT 84130-0285 |
| 12633818 | ^ | MEBN | Jun 11 2024 20:48:43 | Macy, 151 West 34 Street, New York, NY 10001-9991 |
| 12633822 | + | EDI: VERIZONCOMB.COM | Jun 12 2024 00:01:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: 318 | Total Noticed: 12 |
| Date: Jun 13, 2024 | Signature: /s/Gustava Winters | |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher R Murray | chris@jonesmurray.com crm@trustesolutions.net |
| Christopher Ross Travis | on behalf of U.S. Trustee US Trustee C.Ross.Travis@usdoj.gov |
| Preston T Towber | on behalf of Creditor Texas Capital Loans LLC preston@towberlaw.com, prestontowber@gmail.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Veronica McKelvin | vmckelvin10@gmail.com |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT OF SOUTHERN TEXAS

HOUSTON DIVISION

**Debtor:** Veronica McKelvin Smith

**CHAPTER: 7**

**MATRIX** List Creditors:

United States Courts
Southern District of Texas
FILED

FEB 06 2024

Nathan Ochsner, Clerk of Court

**Capital One Credit Card**
P.O. Box 30285
Salt Lake, UT 84130

**Affinity Credit Union**
73 Mountainview

Basking Ridge, NJ 07920

**Macy**
151 West 34 Street
New York, NY 10001

**Nordstrom Rack**
1617 6th Ave
Seattle, WA 98101

**AT&T Bankruptcy Center**
2270 Lakeside Blvd. 7th Floor
Richardson, TX 75082

**Verizon**
500 Technology Drive
Suite 550
Weldon Spring, MO 63304

**Xfinity Cable**
P.O. Box 2399
Warminster, PA 1874-0040

**Texas Capital Loans, LLC A Delaware Limited Libility Company**
6101 Southwest Fwy, Suit 400
Houston, TX 77057

**United States Dept of Education**
NellNet
P.O. Box 2837
Portland, OR 97208-2837

**Flagship Power**

PO BOX 13326, Austin, TX 78711

TRUE COPY I CERTIFY ATTEST:
NATHAN OCHSNER, Clerk of Court
By_____
Deputy Clerk